IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §   Case No. 7:14-CR-004-O |
| | § |
| DAVID DEARDORFF (2) | § |

GOVERNMENT'S UNOPPOSED
MOTION FOR LEAVE TO DISMISS THE INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), the government respectfully moves for leave to dismiss the indictment against defendant David Deardorff.  Based on evidence developed since the date of indictment, the government cannot further prosecute this case in good faith and thus has a duty to dismiss the indictment against defendant David Deardorff in the interest of justice.  *See United States v. Dennis*, 645 F.2d 517, 521 (5th Cir. 1981); *United States v. DeLucca*, 630 F.2d 294, 298 (5th Cir. 1980).  The government conferred with counsel for Deardorff and confirmed that this motion is unopposed.

Dated: August 8, 2014                    SARAH R. SALDAÑA
                                         UNITED STATES ATTORNEY

                                         */s/ J. Nicholas Bunch*
                                         J. NICHOLAS BUNCH
                                         Assistant United States Attorney
                                         Texas Bar No. 24050352
                                         1100 Commerce, Suite 300
                                         Dallas, Texas 75242
                                         Telephone: 214.659.8836
                                         nick.bunch@usdoj.gov

**Government's Unopposed Motion for Leave to Dismiss the Indictment – Page 1 of 2**

## CERTIFICATE OF SERVICE

      I hereby certify that on August 8, 2014, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Northern District of Texas using the electronic filing system of the Court.  The electronic case filing system will send a notice of filing to all the attorneys of record who have consented to such service.

                                      */s/ J. Nicholas Bunch*
                                      J. NICHOLAS BUNCH
                                      Assistant United States Attorney

## CERTIFICATE OF CONFERENCE

      I hereby certify that I conferred with counsel for Deardorff and confirmed that this motion was unopposed.

                                      */s/ J. Nicholas Bunch*
                                      J. NICHOLAS BUNCH
                                      Assistant United States Attorney